# United States District Court
# For The Western District of North Carolina
# Statesville Division

Mary E. Ray,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                5:08cv134

Micahel J. Astrue, Commissioner of Social Security Administration,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/17/09 Order.

August 17, 2009

                                                FRANK G. JOHNS, CLERK

                                                 *s/Susan Johnson*

                             BY:  _____

                                            Susan Johnson, Deputy Clerk